UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARK J. GOSSETT,

                    Petitioner,

        v.

JASON BENNETT,

                    Respondent.

CASE NO. 3:24-cv-05433-JNW-BAT

**ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS***

        Petitioner has filed a federal habeas petition under 28 U.S.C. § 2254, and an application seeking leave to proceed *in forma pauperis*.  The application demonstrates petitioner cannot afford the $5.00 filing fee.  Petitioner's application to proceed, Dkt.1, is therefore GRANTED. The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

        DATED this 10th day of June, 2024.

                                        _____
                                        BRIAN A. TSUCHIDA
                                        United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1